|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |
| BARBARA HEINRICH and GREGORY HEINRICH, | | Case No.: 2:20-cv-00166-APG-VCF |
| Plaintiffs | | **Order for Status Report** |
| v. | | |
| ETHICON, INC., et al., | | |
| Defendants | | |

This case was recently assigned to me after having been transferred from the Southern District of West Virginia. There are five pending motions dating from October 2018. ECF Nos. 47-49, 51, 53. Given how long these motions have been pending, the circumstances related to the motions and the overall case may have changed. Consequently, I direct the parties to confer regarding whether any issues in the pending motions have been resolved or narrowed, whether any circumstances have changed that may impact the motions, the need (if any) for additional briefing, whether the motions should be withdrawn and new motions filed, and the prospects for settlement.

Following that conference, the parties shall file a status report advising what remains pending, whether any additional or substitute briefing is needed, and whether a settlement conference would be fruitful if held before resolution of the pending motions. If the parties do not agree on any point, the status report shall set forth their respective positions, except as to settlement positions.

/ / / /

/ / / /

I THEREFORE ORDER the parties to meet and confer as set forth above by March 4, 2020. Within 15 days after the meet and confer, the parties shall file a status report.

DATED this 3rd day of February, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE