KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendants Johnson &
Johnson and Ethicon Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARBARA HEINRICH and GREGORY HEINRICH,

Plaintiffs,

vs.

ETHICON, INC.; ETHICON LLC; and JOHNSON & JOHNSON,

Defendants.

Case No. 2:20-cv-00166-APG-VCF

**MOTION TO SUBSTITUTE ATTORNEY**

Defendants Johnson & Johnson and Ethicon Inc. move to substitute Robert McCoy and Sihomara L. Graves of Kaempfer Crowell as their attorneys in the place of David B. Thomas, Philip J. Combs and Susan M. Robinson of the law firm Thomas Combs & Spann, Barry J. Koopmann of the law firm Bowman & Brooke, and Anita Modak-Truran, Christy D. Jones, Jordan N. Walker, Kari L. Sutherland and William M. Gage of the law firm Butler Snow. The Honorable Joseph R. Goodwin of the United States District Court Southern District of West Virginia recently remanded this case from MDL 2327, *Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, which necessitates this substitution.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2493184_1

Page 1 of 3

ETHICON, INC. and JOHNSON & JOHNSON

By: _____

Name: John K. Kim

Its: Assistant Secretary

## CONSENT BY THOMAS COMBS & SPANN

I consent to the above substitution.

THOMAS COMBS & SPANN

_____
David B. Thomas
Philip J. Combs
Susan M. Robinson
PO Box 3824
Charleston, West Virginia 25338

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

## CONSENT BY BOWMAN & BROOKE

I consent to the above substitution.

BOWMAN & BROOKE

_____
Barry J. Koopmann
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2493184_1

Page 2 of 3

ETHICON, INC. and JOHNSON & JOHNSON

By: _____

Name: John K. Kim

Its: Assistant Secretary

### CONSENT BY THOMAS COMBS & SPANN

I consent to the above substitution.

THOMAS COMBS & SPANN

_____
David B. Thomas
Philip J. Combs
Susan M. Robinson
PO Box 3824
Charleston, West Virginia 25338

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

### CONSENT BY BOWMAN & BROOKE

I consent to the above substitution.

BOWMAN & BROOKE

_____
Barry J. Koopmann
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2493184_1

Page 2 of 3

|   |   |
|---|---|
| 1 | ETHICON, INC. and JOHNSON & JOHNSON |
| 2 | |
| 3 | By: _____ |
| 4 | Name: John K. Kim |
| 5 | Its: Assistant Secretary |
| 6 | |
| 7 | **CONSENT BY THOMAS COMBS & SPANN** |
| 8 | I consent to the above substitution. |
| 9 | THOMAS COMBS & SPANN |
| 10 | |
| 11 | _____ |
| 12 | David B. Thomas<br>Philip J. Combs<br>Susan M. Robinson<br>PO Box 3824<br>Charleston, West Virginia 25338 |
| 13 | |
| 14 | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |
| 15 | |
| 16 | **CONSENT BY BOWMAN & BROOKE** |
| 17 | I consent to the above substitution. |
| 18 | BOWMAN & BROOKE |
| 19 | |
| 20 | Barry J. Koopmann<br>150 South Fifth Street, Suite 3000<br>Minneapolis, Minnesota 55402 |
| 21 | |
| 22 | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |
| 23 | |
| 24 | |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2493184_1

Page 2 of 3

**CONSENT BY BUTLER SNOW**

I consent to the above substitution.

BUTLER SNOW

*/s/ Kari L. Sutherland*

Anita Modak-Truran
Christy D. Jones
Jordan N. Walker
Kari L. Sutherland
William M. Gage
P. O. Box 1138
Oxford, Mississippi 38655

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

**ACCEPTANCE**

I accept this substitution. I am admitted to practice in this District.

KAEMPFER CROWELL

*/s/ Robert McCoy*

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

**ORDER**

APPROVED.

*/s/*

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate
DATED: _____
March 10, 2020

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2493184_1

Page 3 of 3