# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA HEINRICH AND GREGORY HEINRICH,<br><br>Plaintiffs<br><br>v.<br><br>ETHICON, INC.; ETHICON LLC; and JOHNSON & JOHNSON,<br><br>Defendants | Case No.: 2:20-cv-00166-APG-VCF<br><br>**Order Dismissing Ethicon LLC** |

In their status report, the parties indicated that they have agreed to dismiss defendant Ethicon LLC pursuant to a joint motion to dismiss filed in the main MDL action from which this case was transferred. ECF No. 81 at 1 n. 1 (referencing ECF No. 6777 filed in case number 2:12-md-2327 on 10/11/2018). To the extent that motion has not been granted in the MDL case, I grant it here.

I THEREFORE ORDER that the joint motion to dismiss is **GRANTED**. The clerk of court is instructed to terminate Ethicon LLC as a defendant in this action.

DATED this 7th day of April, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE