# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA HEINRICH and GREGORY HEINRICH,<br><br>    Plaintiffs<br><br>v.<br><br>ETHICON, INC., et al.,<br><br>    Defendants | Case No.: 2:20-cv-00166-APG-VCF<br><br>**Order for Appointment of Mediation Judge** |

In their Joint Status Report, the parties stated they would engage in mediation before the Magistrate Judge by December 31, 2020. ECF No. 91 at 11. Normally, that mediation would be conducted by Magistrate Judge Ferenbach, who is assigned to this case. But there are pending discovery motions he must address, so it is improper for him to conduct the mediation. I therefore order the clerk of the court to randomly assign one of the other Magistrate Judges to conduct the mediation in this case.

DATED this 9th day of November, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE