1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  BUTLER SNOW LLP
   Anita Modak-Truran *(pro hac vice)*
7  150 3rd Avenue South, Suite 1600
   Nashville, Tennessee 37201
8  Telephone:  (615) 651-6751
   Facsimile:  (615) 651-6701
9  Email: anita.modak-truran@butlersnow.com

10 Attorneys for Defendants Johnson &
   Johnson and Ethicon, Inc.
11

12             UNITED STATES DISTRICT COURT

13                  DISTRICT OF NEVADA

14 BARBARA HEINRICH and GREGORY     Case No. 2:20-CV-00166-APG-VCF
   HEINRICH,
15
              Plaintiffs,           **STIPULATION AND ORDER TO**
16                                  **EXTEND TIME TO OPPOSE**
   vs.                              **PLAINTIFFS' *DAUBERT* MOTION**
17                                  **TO EXCLUDE THE OPINIONS OF**
   ETHICON, INC.; ETHICON LLC; and  **FDA EXPERT TIMOTHY**
18 JOHNSON & JOHNSON,               **ULATOWSKI**

19            Defendants.           **(FIRST REQUEST)**

20

21         Plaintiffs Barbara Heinrich and Gregory Heinrich and defendants

22 Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") stipulate to extend

23 the deadline for Ethicon to file its opposition to plaintiffs' *Daubert* motion to

24 exclude the opinions of FDA expert Timothy Ulatowski (ECF No. 117) for one

week. Due to a scheduling conflict on the part of Ethicon's counsel, Plaintiffs have generously agreed to extend the deadline from March 11, 2021 to March 18, 2021.

| VANNAH & VANNAH | KAEMPFER CROWELL |
|---|---|
| /s/ Matthew R. Vannah<br>Matthew R. Vannah, No. 6855<br>Robert D. Vannah, No. 2503<br>400 South Fourth Street, Sixth Floor<br>Las Vegas, Nevada 89101 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorneys for Plaintiffs Barbara Heinrich and Gregory Heinrich | BUTLER SNOW LLP<br>Anita Modak-Truran *(pro hac vice)*<br>150 3rd Avenue South, Suite 1600<br>Nashville, Tennessee 37201<br><br>Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED:  March 12, 2021