1  MATTHEW R. VANNAH, ESQ.
   Nevada Bar No. 006855
2  Vannah & Vannah
3  400 South Seventh Street, Fourth Floor
   Las Vegas, Nevada 89101
4  Telephone: (702) 369-4161
   Facsimile:  (702) 369-0104
5  mvannah@vannahlaw.com

6  *Attorneys for Plaintiffs*

7                     UNITED STATES DISTRICT COURT
8
                           DISTRICT OF NEVADA
9

10 | BARBARA HEINRICH and GREGORY HEINRICH, | Case No.: 2:20-cv-00166-APG-VCF |
11 |                                         |                                   |
12 | Plaintiffs,                             | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS IN LIMINE** |
13 | vs.                                     |                                   |
14 | ETHICON, INC. and JOHNSON & JOHNSON;    | **(FIRST REQUEST)**               |
15 |                                         |                                   |
   | Defendants.                             |                                   |

16

17       Plaintiffs Barbara Heinrich and Gregory Heinrich and defendants Ethicon, Inc., and

18 Johnson & Johnson stipulate to extend the deadline for Plaintiffs to file their responses to

19 Defendants' Motions in Limine (ECF Nos. 129-138) for one week. Defendants have generously

20

21

22

23

24

25

26

27

28

agreed to extend the deadline from May 17, 2021 to May 24, 2021.

| | |
|---|---|
| VANNAH & VANNAH | BUTLER SNOW LLP |
| /s/ Matthew R. Vannah | /s/ Anita Modak-Truran |
| Matthew R. Vannah, No. 6855<br>400 South Seventh Street, Fourth Floor<br>Las Vegas, Nevada 89101 | Anita Modak-Truran (*pro hac vice*)<br>150 3rd Avenue South, Suite 1600<br>Nashville, Tennessee 37201 |
| Attorneys for Plaintiffs Barbara Heinrich and Gregory Heinrich | Attorneys for Defendants Johnson & Johnson and Ethicon Inc. |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 17, 2021