# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA HEINRICH and GREGORY HEINRICH,<br><br>    Plaintiffs<br><br>v.<br><br>ETHICON, INC., et al.,<br><br>    Defendants | Case No.: 2:20-cv-00166-APG-VCF<br><br>**Order Setting Status Conference** |

The parties have jointly requested a status conference to discuss preparation of the proposed joint pretrial orders.  I will conduct a videoconference with the parties on **Wednesday, August 4, 2021 at 9:30 a.m. PDT**.  My Courtroom Deputy Administrator will provide access information to counsel before the conference.  In the meantime, the deadline to submit the proposed joint pretrial orders is extended to August 12, 2021.

DATED this 28th day of July, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE