**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA HEINRICH AND GREGORY HEINRICH,<br><br>Plaintiffs<br><br>v.<br><br>ETHICON, INC.; ETHICON LLC; and JOHNSON & JOHNSON,<br><br>Defendants | Case No.: 2:20-cv-00166-APG-VCF<br><br>**Order Granting Defendants' Motion in Limine No. 8**<br><br>[ECF No. 136] |

The defendants move to exclude evidence about the recall of Boston Scientific's Protogen device. ECF No. 136.  The plaintiffs respond that if I exclude the testimony of the defendants' expert, Timothy Ulatowski, and all other evidence pertaining to the section 510(k) process, then they do not oppose excluding evidence of the recall of Protogen. ECF No. 152.  I excluded Ulatowski and all evidence relating to the section 510(k) process. ECF No. 160.

I THEREFORE ORDER that the defendants' motion in limine No. 8 **(ECF No. 136) is GRANTED.**

DATED this 2nd day of August, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE