# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Barbara Heinrich and Gregory Heinrich, <br><br> Plaintiffs <br><br> v. <br><br> Ethicon, Inc.; Johnson & Johnson, <br><br> Defendants | Case No. 2:20-cv-00166-CDS-VCF <br><br> **Order Granting in Part and Denying in Part the Revised Joint Pre-Trial Order** <br><br> [ECF No. 216] |

On February 3, 2023, the parties submitted an updated[1] Joint Pre-Trial Order (JPTO) pursuant to Local Rule 16-4. ECF No. 216. The order complies with LR 16-4, with the exception of Section III(B), wherein the parties make certain arguments for and against judicial notice, *see* ECF No. 216 at 3-9, which falls outside the scope of the JPTO and should be the subject of motion in limine practice.

Accordingly, the court adopts the JPTO, with the exception of Section III(B) and the parties' requests for judicial notice are denied.

IT IS HEREBY ORDERED that the Joint Pre-Trial Order (ECF No. 216) is **ADOPTED IN PART** as set forth in this order.

DATED: February 7, 2023

_____
Cristina D. Silva
United States District Judge

---

[1] The parties previously submitted a proposed joint pre-trial order (ECF No. 169) but that was denied without prejudice.