1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
4  Facsimile: (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  BUTLER SNOW LLP
   Paul V. Cassisa *(pro hac vice)*
7  1200 Jefferson Avenue, Suite 205
   Oxford, Mississippi 38655
8  Telephone: (662) 513-8000
   Facsimile: (662) 513-8001
9  Email: paul.cassisa@butlersnow.com

10 BUTLER SNOW LLP
   Anita Modak-Truran *(pro hac vice)*
11 150 3rd Avenue South, Suite 1600
   Nashville, Tennessee 37201
12 Telephone: (615) 651-6751
   Facsimile: (615) 651-6701
13 Email: anita.modak-truran@butlersnow.com

14 Attorneys for Defendants Johnson &
   Johnson and Ethicon, Inc.
15

16                UNITED STATES DISTRICT COURT

17                       DISTRICT OF NEVADA

18 | BARBARA HEINRICH and GREGORY HEINRICH, | Case No. 2:20-CV-00166-CDS-VCF |
   |---|---|
19 |  |  |
   | Plaintiffs | **STIPULATION AND ORDER SETTING MEDIATION** |
20 |  |  |
21 | vs. |  |
22 | ETHICON, INC.; ETHICON LLC; and JOHNSON & JOHNSON, |  |
23 | Defendants |  |
24

KAEMPFER
CROWELL

3425284_1  17671.20                                      Page 1 of 2

As outlined in the Court's Minutes of Proceedings (ECF No. 251), Plaintiffs Barbara Heinrich and Gregory Heinrich and defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") stipulate to attend a settlement mediation before Magistrate Judge Elayna J. Youchah. Before the mediation can be set, the parties must stipulate and request that mediation be scheduled. Therefore, the parties jointly request mediation be set for September 27, 2023, before Judge Youchah.

| VANNAH & VANNAH | KAEMPFER CROWELL |
|---|---|
| /s/ Matthew R. Vannah | *[signature]* |
| Matthew R. Vannah, No. 6855 | Robert McCoy, No. 9121 |
| Robert D. Vannah, No. 2503 | Sihomara L. Graves, No. 13239 |
| 400 South Seventh Street, 4th Floor | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89135 |
| Attorneys for Plaintiffs Barbara Heinrich and Gregory Heinrich | BUTLER SNOW LLP<br>Paul V. Cassisa *(pro hac vice)*<br>1200 Jefferson Avenue, Suite 205<br>Oxford, Mississippi 38655 |
| | BUTLER SNOW LLP<br>Anita Modak-Truran *(pro hac vice)*<br>150 3rd Avenue South, Suite 1600<br>Nashville, Tennessee 37201 |
| | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

**ORDER**

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: May 15, 2023