KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

BUTLER SNOW LLP
Paul V. Cassisa *(pro hac vice)*
1200 Jefferson Avenue, Suite 205
Oxford, Mississippi 38655
Telephone: (662) 513-8000
Facsimile: (662) 513-8001
Email: paul.cassisa@butlersnow.com

BUTLER SNOW LLP
Anita Modak-Truran *(pro hac vice)*
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
Telephone: (615) 651-6751
Facsimile: (615) 651-6701
Email: anita.modak-truran@butlersnow.com

Attorneys for Defendants Johnson &
Johnson and Ethicon, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA HEINRICH and GREGORY HEINRICH,<br><br>Plaintiffs<br><br>vs.<br><br>ETHICON, INC.; ETHICON LLC; and JOHNSON & JOHNSON,<br><br>Defendants | Case No. 2:20-cv-00166-CDS-MDC<br><br>**Order Approving STIPULATION FOR EXTENSION OF PRETRIAL ORDER AND STATUS REPORT DEADLINES**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 270] |

1  Plaintiffs Barbara Heinrich and Gregory Heinrich and Defendants
2  Johnson & Johnson and Ethicon, Inc. stipulate to extend the deadline for
3  submitting a revised joint pretrial order and for submitting a status report regarding
4  the possibility of further settlement negotiations, set by the Court's Order Granting
5  Motion to Lift Stay (ECF No. 269). The parties stipulate to extend these deadlines
6  for a period of 30 days, from January 15, 2025 to February 14, 2025.

7  This is the first request for an extension of these deadlines. The parties
8  have met and conferred extensively on the pretrial order and the possibility of
9  settlement and are working to compile the necessary information for the pretrial
10 order, including identification of designations, counter-designations, and trial
11 exhibits. The parties have made substantial efforts to complete the pretrial order
12 and have exchanged several drafts. The parties seek additional time to continue
13 these efforts to further refine the issues to be addressed in the pretrial order and
14 better streamline the trial.

[CONTINUED ON NEXT PAGE]

The parties believe that good cause exists for this modest extension since it will have the beneficial effect of saving both judicial and party resources.

| | |
|---|---|
| VANNAH & VANNAH | KAEMPFER CROWELL |
| /s/ Matthew R. Vannah | |
| Matthew R. Vannah, No. 6855 | Robert McCoy, No. 9121 |
| Robert D. Vannah, No. 2503 | Sihomara L. Graves, No. 13239 |
| 400 South Fourth Street, Sixth Floor | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89135 |
| Attorneys for Plaintiffs Barbara Heinrich and Gregory Heinrich | BUTLER SNOW LLP |
| | Paul V. Cassisa *(pro hac vice)* |
| | 1200 Jefferson Avenue, Suite 205 |
| | Oxford, Mississippi 38655 |
| | BUTLER SNOW LLP |
| | Anita Modak-Truran *(pro hac vice)* |
| | 150 3rd Avenue South, Suite 1600 |
| | Nashville, Tennessee 37201 |
| | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

## ORDER

Based on the parties' stipulation, the deadlines to submit a revised joint pretrial order and a joint status report are extended to February 14, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2025