| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
| | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-7000 |
| 4 | Facsimile: (702) 796-7181 |
| | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |

BUTLER SNOW LLP
Paul V. Cassisa *(pro hac vice)*
1200 Jefferson Avenue, Suite 205
Oxford, Mississippi 38655
Telephone: (662) 513-8000
Facsimile: (662) 513-8001
Email: paul.cassisa@butlersnow.com

BUTLER SNOW LLP
Anita Modak-Truran *(pro hac vice)*
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
Telephone: (615) 651-6751
Facsimile: (615) 651-6701
Email: anita.modak-truran@butlersnow.com

Attorneys for Defendants Johnson &
Johnson and Ethicon, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA HEINRICH and GREGORY HEINRICH, | Case No. 2:20-CV-00166-CDS-MDC |
| Plaintiffs | **STIPULATION AND ORDER FOR EXTENSION OF PRETRIAL ORDER AND STATUS REPORT DEADLINES** |
| vs. | |
| ETHICON, INC.; ETHICON LLC; and JOHNSON & JOHNSON, | **(SECOND REQUEST)** |
| Defendants | [ECF No. 279] |

1  Plaintiffs Barbara Heinrich and Gregory Heinrich and Defendants Johnson & Johnson and Ethicon, Inc. stipulate to extend the deadline for submitting a revised joint pretrial order and for submitting a status report regarding the possibility of further settlement negotiations, set by the Court's Order Granting Motion to Lift Stay (ECF No. 269). This deadline was previously extended for a period of 30 days, from January 15, 2025 to February 14, 2025 (ECF No. 271). The parties stipulate to extend this deadline for an additional 30-days, from February 14, 2025 to March 17, 2025.

The parties most recently met and conferred on January 30, 2025 where they discussed several pretrial issues at length and the possibility of settlement. The parties continue to work to resolve these issues to better streamline their pretrial order and continue to work through identification of designations, counter-designations, and trial exhibits.

The parties seek additional time to continue these efforts to further refine the issues to be addressed in the pretrial order and better streamline the trial. It is the parties' understanding that August 25, 2025 is available for the Court to commence trial and the parties have agreed to that trial date.

[CONTINUED ON NEXT PAGE]

The parties believe that good cause exists for this modest extension since it will have the beneficial effect of saving both judicial and party resources.

| VANNAH & VANNAH | KAEMPFER CROWELL |
|---|---|
| /s/ Matthew R. Vannah | [signature] |
| Matthew R. Vannah, No. 6855<br>Robert D. Vannah, No. 2503<br>400 South Fourth Street, Sixth Floor<br>Las Vegas, Nevada 89101 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorneys for Plaintiffs Barbara Heinrich and Gregory Heinrich | BUTLER SNOW LLP<br>Paul V. Cassisa *(pro hac vice)*<br>1200 Jefferson Avenue, Suite 205<br>Oxford, Mississippi 38655 |
| | BUTLER SNOW LLP<br>Anita Modak-Truran *(pro hac vice)*<br>150 3rd Avenue South, Suite 1600<br>Nashville, Tennessee 37201 |
| | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

## ORDER

IT IS SO ORDERED.

[signature]

UNITED STATES DISTRICT JUDGE

DATED: February 5, 2025