| | |
|---|---|
| KAEMPFER CROWELL<br>Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>Telephone:  (702) 792-7000<br>Facsimile:  (702) 796-7181<br>Email: rmccoy@kcnvlaw.com<br>Email: sgraves@kcnvlaw.com<br><br>BUTLER SNOW LLP<br>Anita Modak-Truran *(pro hac vice)*<br>1320 Adams Street, Suite 1400<br>Nashville, Tennessee 37208<br>Telephone:  (615) 651-6751<br>Email: anita.modak-truran@butlersnow.com<br><br>Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. | KIRKAND & ELLIS LLP<br>Kimberly Bueno *(pro hac vice)*<br>401 Congress Avenue<br>Austin, Texas 78701<br>Telephone:  (512) 355-4390<br>Email: kim.bueno@kirkland.com<br><br>TROUTMAN PEPPER HAMILTON SANDERS<br>Stephen E. Rumanek *(pro hac vice)*<br>600 Peachtree St., NE, Suite 3000<br>Atlanta, Georgia 30308<br>Telephone:  (404) 885-2606<br>Email: eric.rumanek@troutman.com |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA HEINRICH and GREGORY HEINRICH,<br><br>Plaintiffs,<br><br>vs.<br><br>ETHICON, INC.; ETHICON LLC; and JOHNSON & JOHNSON,<br><br>Defendants. | Case No. 2:20-cv-00166-CDS-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE IN-PERSON MOTION HEARING DATE**<br><br>**(FIRST REQUEST)** |

1    Plaintiffs Barbara Heinrich and Gregory Heinrich and defendants
2 Johnson & Johnson and Ethicon, Inc. (collectively the "parties") stipulate to
3 continue the June 25, 2025 hearing on the Motion for Sanctions (ECF Nos. 284,
4 285) set by the Court's Order Setting Hearing (ECF 296).
5    The parties propose rescheduling the motion hearing to a date and
6 time of the Court's convenience during the week of August 11–14, 2025. If the
7 Court's schedule cannot accommodate this hearing during that week, the parties
8 request that the hearing be set for a date as soon thereafter as is convenient for the
9 Court.
10    This is the first extension request made by the parties to continue this
11 motion hearing. The parties seek this continuance to accommodate conflicts with

their respective travel and trial schedules, which render multiple involved attorneys unavailable on June 25, 2025 and during the month of July.

| | |
|---|---|
| VANNAH & VANNAH<br><br>/s/ Matthew R. Vannah<br>Matthew R. Vannah, No. 6855<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br><br>Attorneys for Plaintiffs Barbara Heinrich and Gregory Heinrich | KAEMPFER CROWELL<br><br>Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>BUTLER SNOW LLP<br>Anita Modak-Truran *(pro hac vice)*<br>1320 Adams Street, Suite 1400<br>Nashville, Tennessee 37208<br><br>KIRKLAND & ELLIS LLP<br>Kimberly Bueno *(pro hac vice)*<br>401 Congress Avenue<br>Austin, Texas 78701<br><br>TROUTMAN PEPPER HAMILTON SANDERS<br>Stephen E. Rumanek *(pro hac vice)*<br>600 Peachtree St., NE, Suite 3000<br>Atlanta, Georgia 30308<br><br>Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

**ORDER**

IT IS SO ORDERED.

The 6/25/2025 hearing is continued to 8/11/2025 at 10am in Courtroom 3B.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED:   6/20/2025